930

No. 01–5596. SIMONS *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 01–5597. ONIFER *v.* TYSZKIEWICZ, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 01–5599. TURNAGE *v.* UNITED STATES;
No. 01–5620. RIDDLE *v.* UNITED STATES; and
No. 01–5623. ALTSHULER *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied. Reported below: 249 F. 3d 529.

No. 01–5606. COLLINS *v.* MAYNARD, DIRECTOR, SOUTH CAROLINA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 4th Cir. Certiorari denied.

No. 01–5607. BROWN *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 01–5610. DANIEL *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 01–5611. CHACKO *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 01–5612. CHRYSLER *v.* PITCHER, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 01–5615. WILSON *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 01–5617. POSEY *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 01–5621. ANDERSON *v.* STERNES, WARDEN. C. A. 7th Cir. Certiorari denied.

No. 01–5624. STRICKLAND ET AL. *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 01–5626. ROBLES *v.* WALSH, SUPERINTENDENT, SULLIVAN CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 01–5627. MENDIAS-CHAVEZ *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 01–5628. CASTILLO MABINI *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.